1

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
7                             AT SEATTLE

8   MARTA L. GUEVARA CARBAJAL, et al.,

9                          Petitioners,          Case No. C14-810-MJP-BAT

10       v.                                      **REPORT AND
                                                 RECOMMENDATON**
11  ERIC H. HOLDER, JR., et al.,

12                         Respondents.

13        Petitioners' attorney, Bruno J. Bembi, has appeared in this case without local counsel and

14   without filing an application for admission to this court *pro hac vice*, as required by the local

15   rules.  On June 3, 2014, the Court ordered Mr. Bembi to obtain local counsel and file for *pro hac*

16   *vice* admission by June 12, 2014.  Dkt. 3.  The Court informed Mr. Bembi that if he failed to

17   timely obtain *pro hac vice* admission, he would be removed from the Court's docket as

18   petitioners' counsel and petitioners would proceed *pro se* until they retain new counsel admitted

19   to practice before this Court.  *Id.* at 2-3.  On June 12, 2014, Mr. Bembi asked for an extension of

20   time to obtain local counsel.  Dkt. 8.  The Court granted Mr. Bembi an extension of time until

21   June 23, 2014.  Dkt. 9.

22        To date, Mr. Bembi has neither filed for *pro hac vice* admission nor asked for another

23   extension of time.  Accordingly, the Court recommends terminating Mr. Bembi as petitioners'

REPORT AND RECOMMENDATON- 1

1  counsel in this matter.  Petitioners will then proceed pro se until Mr. Bembi is properly admitted

2  *pro hac vice* or until they retain new counsel admitted to practice before this Court.  A proposed

3  order accompanies this Report and Recommendation.

4       The Clerk shall direct copies of this Report and Recommendation to Mr. Bembi at his

5  address of record and to Jose Jonal Guevara Carbajal, A203-636-152, at the Northwest Detention

6  Center in Tacoma.

**OBJECTIONS AND APPEAL**

7

8       This Report and Recommendation is not an appealable order.  Therefore a notice of

9  appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the

10  assigned District Judge enters a judgment in the case.

11       Objections, however, may be filed and served upon all parties no later than **July 14,**

12  **2014.**  The Clerk should note the matter for **July 18, 2014**, as ready for the District Judge's

13  consideration if no objection is filed.  If objections are filed, any response is due within 14 days

14  after being served with the objections.  A party filing an objection must note the matter for the

15  Court's consideration 14 days from the date the objection is filed and served.  The matter will

16  then be ready for the Court's consideration on the date the response is due.  Objections and

17  responses shall not exceed five (5) pages.  The failure to timely object may affect the right to

18  appeal.

19       DATED this 30th day of June, 2014.

20

21       _____
         BRIAN A. TSUCHIDA
22       United States Magistrate Judge

23

REPORT AND RECOMMENDATON- 2