UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTA L. GUEVARA CARBAJAL, et al., <br><br> Petitioners, <br><br> v. <br><br> ERIC H HOLDER JR, et al., <br><br> Respondents. | CASE NO. C14-810-MJP <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge. (Dkt. No. 11). Having reviewed the Report and Recommendation and all related papers, the Court finds and Orders:

(1.) The Court adopts the Report and Recommendation.

(2.) Bruno J. Bembi is terminated as petitioners' counsel in this matter. Petitioners shall proceed pro se until Mr. Bembi is properly admitted *pro hac vice* or until they retain new counsel admitted to practice before this Court.

//

ORDER ADOPTING REPORT AND
RECOMMENDATION- 1

1   (3.) The clerk is ordered to provide copies of this order to all counsel, Petitioner Jose
2       Guevara Carbajal (A203-636-152 at the Northwest Detention Center in Tacoma), and
3       to the Honorable Brian A. Tsuchida.
4   Dated this 30th day of July, 2014.

*[signature]*

Marsha J. Pechman
Chief United States District Judge