Case 2:14-cv-00810-MJP Document 19-1 Filed 08/21/14 Page 1 of 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTA L. GUEVARA CARBAJAL, et al.,

Petitioners,

v.

ERIC H. HOLDER JR., et al.,

Respondents.

Case No. C14-810-MJP

**ORDER OF DISMISSAL**

The Court, after careful consideration of the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and Order:

1. The Court adopts the Report and Recommendation.
2. Respondents' motion to dismiss is GRANTED. Dkt. 14.
3. Petitioners' amended habeas petition, Dkt. 13, is DENIED, and the temporary stay of removal, Dkt. 3, is VACATED.
4. This action is DISMISSED with prejudice.

\\

\\

14-CV-00810-ORD

Case 2:14-cv-00810-MJP Document 19-1 Filed 08/21/14 Page 2 of 2

5. The Clerk shall send copies of this Order to petitioners, to counsel for respondents, and to Judge Tsuchida.

DATED this 15 day of Sept., 2014.

MARSHA J. PECHMAN
Chief United States District Judge